THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Damon Rice, Appellant.
 
 
 

Appeal From Union County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-253
Submitted May 1, 2006  Filed May 19, 2006   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, all of Columbia; and Solicitor Thomas E. Pope, of York for Respondent.  
 
 
 

PER CURIAM:  Appellant, Damon Rice entered guilty pleas to (1) possession of marijuana, third offense, (2) possession of crack cocaine, third offense, and (3) possession of cocaine, third offense.  The trial judge sentenced him to ten years on the crack cocaine charge, five years on the powder cocaine charge, and one year on the marijuana charge.  Rice appeals, arguing the trial judge erred in accepting his guilty plea because the plea failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Rices counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Rice has not filed a separate pro se brief.  We dismiss[1] pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.